IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIRBNB, INC., )<br>)<br>Defendant. ) | Case No. 6:23-cv-00590-ADA |

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME
### FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to the Court's December 5, 2022 Standing Order Regarding Motions for Extension of Time, Plaintiff Patent Armory, Inc. hereby files this Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint. The current deadline for Defendant Airbnb, Inc. ("Defendant") to respond to the Complaint is November 2, 2023. The parties have conferred and agreed to a 30-day extension, making the new deadline December 4, 2023.

In view of the foregoing, Plaintiff respectfully requests that the Court grant this unopposed motion and extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint up to and through December 4, 2023.

Dated: November 1, 2023

                                                                s/ Isaac Rabicoff
                                                                 Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave
Suite 400
Harrison, NY 10528
Tel: (773) 669-4590
Email: isaac@rabilaw.com

*Attorneys for Plaintiff*
*Patent Armory Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 1, 2023.

                                               s/ Isaac Rabicoff
                                               Isaac Rabicoff

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff met and conferred with counsel for Defendant, and counsel for Defendant indicated that Defendant does not oppose the relief sought by this Motion.

                                               s/ Isaac Rabicoff
                                               Isaac Rabicoff
                                               Rabicoff Law LLC
                                               600 Mamaroneck Ave
                                               Suite 400
                                               Harrison, NY 10528
                                               Tel:  (773) 669-4590
                                               Email: isaac@rabilaw.com

                                               *Attorneys for Plaintiff*